**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13

**Edwards, Samuel**
**Edwards, Melvina**
        **Debtors**

                                      :         15-18034 mdc

**CERTIFICATE OF SERVICE OF**
**DEBTORS' AMENDED CHAPTER 13 PLAN**

     I certify that on  October 18, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtors' Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: October 18, 2016

                               "/s/"Mitchell J. Prince
                               John L. McClain, Esquire
                               Mitchell J. Prince, Esquire
                               Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072