## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
    Edwards, Samuel
    Edwards, Melvina
        Debtors  : 15-18034 mdc

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**United States Postal Service**
**Eagan Accounting Service Ctr**
**2825 Lone Oak Parkway**
**Eagan, MN 55121-9617**

Re:  **Edwards, Samuel**
SSN:  xxx-xx-3552

    The future earnings of the above named debtor Edwards, Samuel, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$380.00 for 12 months (started on 12/6/15) and as of December 6, 2016, the payment shall increase to $664 monthly for a period of 48 months,**

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$380.00 for 12 months (started on 12/6/15) and as of December 6, 2016, the payment shall increase to $664 monthly for a period of 48 months to:**

    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

        BY THE COURT

        *Magdeline D. Coleman*
        _____
        JUDGE      October 19, 2016

United States Postal Service

Eagan Accounting Service Ctr
2825 Lone Oak Parkway
Eagan, MN 55121-9617

Edwards, Samuel
Edwards, Melvina
1503 Rainer Road
Brookhaven, PA 19015

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123