United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Samuel Edwards  
Melvina Edwards  
      Debtors

Case No. 15-18034-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 19, 2016  
                               Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2016.  
db/jdb       +Samuel Edwards,    Melvina Edwards,    1503 Rainer Road,    Brookhaven, PA 19015-1941  
               United States Postal Service,    Eagan Accounting Service Ctr,    2825 Lone Oak Parkway,  
               Eagan, MN 55121-9617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2016 at the address(es) listed below:  
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,  
               bkgroup@kmllawgroup.com  
              JOHN L. MCCLAIN    on behalf of Debtor Samuel  Edwards aaamcclain@aol.com, edpabankcourt@aol.com  
              JOHN L. MCCLAIN    on behalf of Joint Debtor Melvina  Edwards aaamcclain@aol.com,  
               edpabankcourt@aol.com  
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,  
               bkgroup@kmllawgroup.com  
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
               philaecf@gmail.com  
                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    **Edwards, Samuel**
    **Edwards, Melvina**
        **Debtors**                                  : 15-18034 mdc

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**United States Postal Service**
**Eagan Accounting Service Ctr**
**2825 Lone Oak Parkway**
**Eagan, MN 55121-9617**

Re:    **Edwards, Samuel**
SSN:   xxx-xx-3552

    The future earnings of the above named debtor Edwards, Samuel, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$380.00 for 12 months (started on 12/6/15) and as of December 6, 2016, the payment shall increase to $664 monthly for a period of 48 months,**

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$380.00 for 12 months (started on 12/6/15) and as of December 6, 2016, the payment shall increase to $664 monthly for a period of 48 months to:**

    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

        BY THE COURT

        *Magdeline D. Coleman*
    _____
        JUDGE                                                       October 19, 2016

United States Postal Service

Eagan Accounting Service Ctr
2825 Lone Oak Parkway
Eagan, MN 55121-9617

Edwards, Samuel
Edwards, Melvina
1503 Rainer Road
Brookhaven, PA 19015

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123