**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                : Chapter 13
    Edwards, Samuel
    Edwards, Melvina
        Debtors                    :        15-18034 mdc

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtors' Objection to Proof of Claim, proposed Order, Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on <u>January 2, 2017</u>.

        "/s/" Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtors

Dominion Management Services
3512 Philadelphia Pike
Claymont, DE 19703
(Per Proof of Claim)

Erin E. Dean, Accounts Payable
Dominion Management Services
P.O. Box 4585
Charlottesville, VA 22905
(Per Proof of Claim)

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106