**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13
    Edwards, Samuel
    Edwards, Melvina
        Debtors                                    : 15-18034 mdc

**CERTIFICATE OF SERVICE**

    I certify that on  January 2, 2017 , I mailed by regular first class mail and/or by electronic means a copy of the Debtors' Motion to Avoid Lien Impairing Exemption- Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion tot he parties listed below.

Dated: January 2, 2017

                                  "/s/" Mitchell J. Prince
                                  John L. McClain, Esquire
                                  Mitchell J. Prince, Esquire
                                  Attorneys for debtors

**JOHN L. MCCLAIN & ASSOCIATES, PC**
**ATTORNEYS AT LAW**
**P.O. Box 123**
**Narberth, PA 19072**

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**CACH, LLC**
**4340 S. Monaco Street, 2nd Floor**
**Denver, CO 80237**
**ATTN: John Robert Ashton, Bankruptcy**
**(Per Proof of Claim)**

Edwards, Samuel
Edwards, Melvina
1503 Rainer Road
Brookhaven, PA 19015