**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                        : Chapter 13

**Edwards, Samuel
Edwards, Melvina**
      Debtors                                  :         15-18034 mdc

**CERTIFICATE OF SERVICE OF
DEBTORS' SECOND  AMENDED CHAPTER 13 PLAN**

     I certify that on  January 2, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served  a copy of the Debtors' Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: January 2, 2017

                                      "/s/" Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072