United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 15-18034-mdc
Samuel Edwards                                                Chapter 13
Melvina Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen          Page 1 of 2          Date Rcvd: Jan 11, 2017
                             Form ID: 167          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db/jdb        +Samuel Edwards,   Melvina Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941
13628898      +Bryn Mawr Trust,   3218 Edgmont Ave,   Brookhaven, PA 19015-3105
13628900      +Caine & Weiner,   PO Box 5010,   Woodland Hills, CA 91365-5010
13628903      +Crozer Keystone Health Systems,   PO Box 8741,   PO Box 8500,   Philadelphia, PA 19178-8500
13716925      +Dominion Management Services,   3512 Philadelphia Pike,   Claymont DE 19703-3109
13628904      +Dominion Management of Delaware, Inc.,   3512 Philadelphia Pike,   Claymont, De 19703-3109
13664470       ECMC,   PO BOX 16408,   SAINT PAUL, MN 55116-0408
13628905      +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
13628907      +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13628908      +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
13628909      +Law Firm of Allan C. Smith, PC,   1276 Veterans Highway, Ste E-1,   Bristol, PA 19007-2597
13639989      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13628911      +Midland Mortgage Company/Mid First Bank,   Attention: Bankruptcy,   PO Box 26648,
                Oklahoma City, OK 73126-0648
13628913      +PECO,   PO Box 37629,   Philadelphia, PA 19101-0629
13628912      +Parkside Fire Company,   32 Omega Drive Bldg. J,   Newark, DE 19713-2058
13628914       Quest Diagnostics,   PO Box 7306,   Hollister, MO 65673-7306
13632384      +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13628899       +E-mail/Text: ebn@squaretwofinancial.com Jan 12 2017 01:52:06      CACH, LLC,
                4340 S. Monaco-2nd Floor,   Denver, CO 80237-3485
13653667       +E-mail/Text: ebn@squaretwofinancial.com Jan 12 2017 01:52:06      CACH, LLC,
                4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
13628901       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 12 2017 01:52:35
                Credit Collections Svc,   PO Box 773,   Needham, MA 02494-0918
13628902       +E-mail/Text: christine.delrossi@crozer.org Jan 12 2017 01:52:05      Crozer Keystone,
                2602 W. 9th Street MOB 3rd FL,   Chester, PA 19013-2040
13628906        E-mail/Text: cio.bncmail@irs.gov Jan 12 2017 01:51:25      IRS,   Stop 5050, Annex 5,
                PO Box 219236,   Kansas City, MO 64121-9236
13632532        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:46:08
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank USA, N. A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13635123        E-mail/Text: ebn@vativrecovery.com Jan 12 2017 01:51:27      Palisades Collections, LLC,
                VATIV RECOVERY SOLUTIONS LLC, dba SMC,   As agent for Palisades Collections, LLC,
                P.O. Box 40728,   Houston, TX 77240-0728
                                                                                        TOTAL: 7

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13628910*     +Melvina Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941
13628915*     +Samuel Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941
                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor Samuel  Edwards aaamcclain@aol.com,   edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Melvina  Edwards aaamcclain@aol.com,
                edpabankcourt@aol.com
```

District/off: 0313-2          User: Eileen              Page 2 of 2          Date Rcvd: Jan 11, 2017
                             Form ID: 167              Total Noticed: 24

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Samuel Edwards and Melvina
Edwards

               Debtor(s)

Case No: 15−18034−mdc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**\*\*RESCHEDULED\***
Motion to Avoid Lien with CACH, LLC Filed by Melvina
Edwards, Samuel Edwards Represented by JOHN L. MCCLAIN

on: 2/9/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  1/11/17

Timothy B. McGrath
Clerk of Court