United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18034-mdc
Samuel Edwards                                                            Chapter 13
Melvina Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Feb 11, 2017
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb         +Samuel Edwards,   Melvina Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13628899       +E-mail/Text: ebn@squaretwofinancial.com Feb 11 2017 06:57:25      CACH, LLC,
                 4340 S. Monaco-2nd Floor,   Denver, CO 80237-3485
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Melvina  Edwards aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Samuel  Edwards aaamcclain@aol.com,   edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : Chapter 13
   Edwards, Samuel
   Edwards, Melvina
      Debtors                   : 15-18034 mdc

## ORDER

The motion of the above-named debtors to avoid the judicial lien, if any, of the respondent, CACH, LLC, is granted.

To the extent that the respondent's lien is a judicial lien that impairs the exemption of the debtor in property of the debtor described as follows: Residence located 1503 Rainer Road, Brookhaven, PA 19015, it is avoided under 11 USC Section 522 (f) upon discharge.

Dated: _February 9, 2017_        _Magdeline D. C_____
                                                   Bankruptcy Judge

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

CACH, LLC
4340 S. Monaco-2nd Floor
Denver, CO 80237

Edwards, Samuel
Edwards, Melvina
1503 Rainer Road
Brookhaven, PA 19015