**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : **Chapter 13**
    **Edwards, Samuel**
    **Edwards, Melvina**
       **Debtors**              :       **15-18034 mdc**

**ORDER**

AND NOW, this _9th_ day of _February_, 2017, upon consideration of the Debtors'
objection, notice and hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

    1. The objection is sustained.

    2. The Claim filed by *Dominion Management Services* is reduced to $1,583.00
payable at 3.5% interest for a total to be paid of $1,747.46.

Date:

                       *Magdeline D. C*
                    Honorable Magdeline D. Coleman,
                    United States Bankruptcy Judge