**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
   Edwards, Samuel
   Edwards, Melvina
         Debtors                                   :  15-18034 mdc


**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this __27th__ day of __March__, 2017, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

   ORDERED that the Motion is hereby granted a total fee of $7,500.00 and $12 in expenses and further, the unpaid balance of $7,500.00 of the legal fees and $12 in incurred expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Edwards, Samuel Edwards, Melvina
1503 Rainer Road
Brookhaven, PA 19015