United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Samuel Edwards  
Melvina Edwards  
      Debtors

Case No. 15-18034-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Mar 27, 2017  
                     Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.  
db/jdb        +Samuel Edwards,   Melvina Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:  
      ANDREW F GORNALL   on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
      JOHN L. MCCLAIN   on behalf of Joint Debtor Melvina  Edwards aaamcclain@aol.com,  
   edpabankcourt@aol.com  
      JOHN L. MCCLAIN   on behalf of Debtor Samuel  Edwards aaamcclain@aol.com,   edpabankcourt@aol.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
      THOMAS I. PULEO   on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
   philaecf@gmail.com  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com  
   TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
  Edwards, Samuel
  Edwards, Melvina
      Debtors : 15-18034 mdc

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this __27th__ day of __March__, 2017, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

ORDERED that the Motion is hereby granted a total fee of $7,500.00 and $12 in expenses and further, the unpaid balance of $7,500.00 of the legal fees and $12 in incurred expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Edwards, Samuel Edwards, Melvina
1503 Rainer Road
Brookhaven, PA 19015