## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvina Edwards<br>Samuel Edwards<br>    Debtors | Chapter 13 |
| MidFirst Bank<br>    Movant<br>v.<br>Melvina Edwards<br>Samuel Edwards<br>    Debtors | NO. 15-18034 MDC |
| William C. Miller, Esq.<br>    Trustee | |

### ORDER

AND NOW, this 14th day of July, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on November 16, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the premises at 1503 Rainer Road Brookhaven, PA 19015, so as to allow MidFirst Bank, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
United States Bankruptcy Judge

cc: See attached service list

Melvina Edwards
1503 Rainer Road
Brookhaven, PA 19015

Samuel Edwards
1503 Rainer Road
Brookhaven, PA 19015

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

John L. McClain, Esq.
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532