**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            : Chapter 13
    Edwards, Samuel
    Edwards, Melvina
        Debtor(s)                              : 15-18034 mdc
                                :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 2nd day of August 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing United States Postal Service to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

                BY THE COURT

                *Magdeline D. Coleman*
                _____
                JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Edwards, Samuel
Edwards, Melvina
1503 Rainer Road
Brookhaven, PA 19015

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Postal Service
Eagan Accounting Service Ctr
2825 Lone Oak Parkway
Eagan, MN 55121-9617

Case 15-18034-mdc    Doc 81    Filed 08/02/17    Entered 08/02/17 09:52:11    Desc Main
Document      Page 2 of 2