

**Dominion Management Services dba Cashpoint**
1614 S. Rock Rd.
Wichita, KS 67207
Phone: (316) 977-8881
Fax: (316) 977-8899

September 19, 2017

To Whom It May Concern:

Address Change Request
Case #15-18034/ Samuel W. Edwards

This letter is to request that our creditor mailing address be updated to reflect the below information on bankruptcy case #15-18034:

**Old Address**
3512 Philadelphia Pike
Claymont, DE 19703

**New address**
1614 S. Rock Rd.
Wichita, KS 67207

Feel free to contact me via phone (434) 963-7800 or e-mail erin@cashpointva.com with any questions

Sincerely,

*[signature]*

Erin Dean
Dominion Management Services