**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SAMUEL EDWARDS                     Chapter 13
MELVINA EDWARDS

                Debtor              Bankruptcy No. 15-18034-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this __9Th__ day of __Nov-__, 2017 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
SAMUEL EDWARDS
MELVINA EDWARDS
1503 RAINER ROAD

BROOKHAVEN, PA 19015-