United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 15-18034-mdc
Samuel Edwards                                                                      Chapter 13
Melvina Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Nov 14, 2017
                              Form ID: pdf900             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db/jdb         +Samuel Edwards,   Melvina Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941
cr             +Dominion Managment Services,   1614 S. Roack Road,   Wichita, KA 67207-5149
13628898       +Bryn Mawr Trust,   3218 Edgmont Ave,   Brookhaven, PA 19015-3105
13628900       +Caine & Weiner,   PO Box 5010,   Woodland Hills, CA 91365-5010
13628903       +Crozer Keystone Health Systems,   PO Box 8741,   PO Box 8500,   Philadelphia, PA 19178-8500
13716925       +Dominion Management Services,   3512 Philadelphia Pike,   Claymont DE 19703-3109
13628904      #+Dominion Management of Delaware, Inc.,   3512 Philadelphia Pike,   Claymont, De 19703-3109
13664470        ECMC,   PO BOX 16408,   SAINT PAUL, MN 55116-0408
13628905       +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
13628907       +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13628908       +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
13628909       +Law Firm of Allan C. Smith, PC,   1276 Veterans Highway, Ste E-1,   Bristol, PA 19007-2597
13639989       +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13628911       +Midland Mortgage Company/Mid First Bank,   Attention: Bankruptcy,   PO Box 26648,
                 Oklahoma City, OK 73126-0648
13628913       +PECO,   PO Box 37629,   Philadelphia, PA 19101-0629
13628912       +Parkside Fire Company,   32 Omega Drive Bldg. J,   Newark, DE 19713-2058
13628914        Quest Diagnostics,   PO Box 7306,   Hollister, MO 65673-7306
13632384       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:28    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:09:03
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:15:21    CACH, LLC,
                 PO Box 10587,   Greenville, SC  29603-0587
13628899       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:15:03    CACH, LLC,
                 4340 S. Monaco-2nd Floor,   Denver, CO 80237-3485
13653667       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:15:01    CACH, LLC,
                 4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
13628901       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2017 02:09:36
                 Credit Collections Svc,   PO Box 773,   Needham, MA 02494-0918
13628902       +E-mail/Text: christine.delrossi@crozer.org Nov 15 2017 02:09:13    Crozer Keystone,
                 2602 W. 9th Street MOB 3rd FL,   Chester, PA 19013-2089
13628906        E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 02:08:45    IRS,   Stop 5050, Annex 5,
                 PO Box 219236,   Kansas City, MO 64121-9236
13632532        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:15:22
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank USA, N. A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13635123        E-mail/Text: ebn@vativrecovery.com Nov 15 2017 02:08:46    Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,   As agent for Palisades Collections, LLC,
                 P.O. Box 40728,   Houston, TX 77240-0728
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13628910*      +Melvina Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941
13628915*      +Samuel Edwards,   1503 Rainer Road,   Brookhaven, PA 19015-1941
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Nov 14, 2017
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor Samuel  Edwards aaamcclain@aol.com, edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Melvina  Edwards aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               Et Al... pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SAMUEL EDWARDS  Chapter 13
MELVINA EDWARDS

          Debtor  Bankruptcy No. 15-18034-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___9th___ day of ___Nov.___, 2017 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
SAMUEL EDWARDS
MELVINA EDWARDS
1503 RAINER ROAD

BROOKHAVEN, PA 19015-